UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                              CASE NO: 2:13-cr-98-FtM-38UAM

JERMAINE ALTERMA
_____

**ORDER**

This matter comes before the Court on Motion for Miscellaneous Relief (Doc. #31) filed on November 21, 2013.  Counsel for the Defendant seeks permission to appear via telephone for the Status Conference hearing scheduled for December 9, 2013.  As grounds, Counsel indicates he is also scheduled to appear in Collier County State Court.  The Court, having considered the motion, finds good cause and will grant permission to appear via telephone.

Accordingly, it is now

**ORDERED:**

Motion to Appear Via Telephone (Doc. 31) is **GRANTED**.  The Court will contact Defense Counsel at the phone number provided in the motion.

**DONE AND ORDERED** at Fort Myers, Florida, this November 26, 2013.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record